OCTOBER 2, 1987

No. 87–276. ASSOCIATION FOR RETARDED CITIZENS OF TEXAS *v.* KAVANAGH ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 53.

No. 86–1827. GUILD ET AL. *v.* BROCK, SECRETARY OF LABOR. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 53.